UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| GENERAL WASTE PRODUCTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:01-cv-96-WGH-RLY |
| | ) | |
| CONTINENTAL CASUALTY COMPANY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER RESOLVING PENDING MOTIONS AND
DISMISSING REMAINING CLAIMS**

By separate order entered this date, this court has approved the Trustee's Final Report, granted the request to make final distributions, and ordered the Trustee to terminate the Trust upon receipt of the federal fax refund and disbursement of the remaining assets of the Trust.  (Docket No. 43).

Remaining before the court are the Motion to Intervene (Docket No. 12) and Motion to Enforce Payment of Real Estate Commission (Docket 13).  Those motions have been granted pursuant to a prior order of this court.  (Docket No. 32).

Also remaining before the court are a Motion in Support of Termination of the Trust and Motion for Deposit of Trust Proceeds with the Vanderburgh Clerk of Court filed by the Estate of Allan I. Trockman (Docket No. 17) and the Estate's Supplemental Brief (Docket No. 34).  The Magistrate Judge concludes that the appropriate disposition of the remainder of the "Trockman Share" is a matter that

involves the appropriate application of Indiana real estate, contract, and probate law. Those issues do not arise out of the common core of operative facts relevant to this suit or the administration of the Trust. There has been no showing of an appropriate jurisdictional basis for this court to act further, and there are no pending claims or cross-claims between any party to this litigation. Therefore, the Magistrate Judge declines to undertake the resolution of the remaining claims between the Estate participants and Mr. Mounts as to any remaining amounts in dispute between those parties and leaves those to resolution by agreement of the parties or decision by an appropriate Indiana state court.

**SO ORDERED** the 4th day of February, 2013.

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copies to:**

Michael Orville Nelson
NELSON LAW GROUP LLC
mnelson@nelsonlawgroupllc.com

Gary Lee Miller
MILLER MEYER LLP
gmiller@millermeyerllp.com

Tammy Jo Meyer
MILLER MEYER LLP
tmeyer@millermeyerllp.com

Donald R. Vowels
KEATING BUMB VOWELS & LAPLANTE
drvowels@insightbb.com

E. Lee Veazey
MASSEY LAW OFFICES, LLC
ELV@masseylawoffices.com

Stephen Salvatore Lavallo
MCCRAY LAVALLO FRANK & KLINGLER
slavallo@mlfklaw.com

Gregory Alan Kahre
gakahre@kahrelaw.com

Katharine Vanost Jones
melissa@courtbuilding.com

Edward W. Johnson
JOHNSON CARROLL NORTON KENT & STRAUS, P.C.
hgoebel@jcglaw.com


**Copies mailed to:**

Annie Greenblum
3920 Pinetop Blvd.
Titusville, FL  32796

Kathleen Coyle
CNA - Environmental & Mass Tort Claims
P.O. Box 2002
1249 South River Road
Cranbury, NJ  08512

Kathleen G. Lucas
BOSE MCKINNEY & EVANS, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN  46204

Lynn Senzell
P. O. Box 53
Evansville, IN  47701

Laurie Baiden Bumb
P O Box 3326
Evansville, IN  47732-3326

Philip C. Hunsucker
RESOLUTION LAW GROUP PC
3717 Mt Diablo Blvd
Suite 200
Lafayette, CA  94549

Rebecca L. Ross
ROSS DIXON & BELL LLP
70 West Madison Street Ste 525
Chicago, IL  60602

Susan Sussman
10215 47th Ave. North
Plymouth, MN  55442

Scott E. Turner
ELENIUS FROST & WALSH
333 South Wabash Avenue
25th Floor
Chicago, IL  60604

William Stacey White
Resolute Management, Inc.
79 West Monroe
7th Floor
Chicago, IL  60603


**Courtesy copy to:**

Marco DiLucio
ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP
MDeLucio@zsws.com